IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Larson,<br><br>        Plaintiff,<br><br>v.<br><br>Desert Sun Pizza LLC, et al.,<br><br>        Defendants. | No. CV-16-08011-PCT-SRB<br><br>**ORDER** |

      This matter came before the Court on Plaintiff's Unopposed Motion to Approve Collective Action Settlement (Doc. 59) in the above-captioned matter (the "Action"), seeking approval of the proposed Settlement.

      Having received and considered the Settlement and the supporting papers filed by Plaintiff the Court grants approval of the Settlement and HEREBY ORDERS, ADJUDGES, AND MAKES THE FOLLOWING DETERMINATIONS:

      1.    The Named Plaintiff Michael Larson and Defendants have reached a Settlement of this Fair Labor Standards Act ("FLSA") collective action in which he alleged, among other things, that Defendants under-reimbursed their pizza delivery drivers for the vehicle expenses that they incurred in the performance of their job duties. It creates a Settlement Fund that will be paid out to the Named Plaintiff and the other 53 opt-in Plaintiffs who designate him to make

decisions on their behalf concerning the case, including the approval of settlements. Distributions from the Settlement Fund will be allocated to the Plaintiffs based on the total number of deliveries they performed.

2.  The Court approves the Settlement upon the terms and conditions in the parties' Settlement and Release Agreement. The Court finds the Settlement reflects a "reasonable compromise of the issues" when balanced against the probable outcome of further litigation and the risks related to liability and damages. The Court also finds the investigation, research and discovery conducted by the parties led them to reasonably evaluate and understand their respective positions. The Court further finds that approving the Settlement will avoid substantial and additional costs, as well as delay and risks that would likely be encountered by further litigation of this Action. The Court finds the Settlement has been reached after litigation of a *bona fide* dispute and as a result of arms-length negotiations involving experienced wage and hour lawyers. As such, the Court finds the Settlement is a "fair and reasonable resolution," and in the best interest of the opt-in Plaintiffs. The Court further finds the Settlement satisfies all fairness and adequacy factors regarding resolution of claims under 29 U.S.C. § 201, *et seq*. (the FLSA).

3.  The Court also approves a $2,000.00 incentive award to Named Plaintiff Michael Larson. The amount requested is fair and reasonable for the work he performed on behalf of the opt-in Plaintiffs, which included his efforts in assisting with the prosecution of the Action and negotiation of the Settlement, as well as the financial and reputation risk he undertook in filing this case.

4.  The Court approves the disposition of the gross Settlement Fund. Defendants are directed to disburse the gross Settlement Fund as set forth in the Parties' Settlement and Release

Agreement. The attorneys' fees and costs to be disbursed to Plaintiff's Counsel are set forth in a separate order.

5.  Neither the Settlement, nor any exhibit, document or instrument delivered under the Settlement and Release Agreement, nor any statement, transaction or proceeding in connection with the negotiation, execution or implementation of the Settlement, shall be discoverable, or admissible in evidence, for any purpose, except as provided in the Settlement and Release Agreement.

6.  Without affecting the finality of this Order, the Court shall retain exclusive jurisdiction with respect to the interpretation, implementation and enforcement of the terms of the Settlement, all orders and judgments entered in connection therewith, and other matters ancillary to the Settlement, and the Parties and their counsel submit to jurisdiction of the Court for purposes of interpreting, implementing, and enforcing the Settlement and all orders and judgments entered in connection therewith.

7.  The Clerk is directed to enter Judgment Dismissing With Prejudice this action and the released claims of all collective action opt-in Plaintiffs. This Final Judgment constitutes a final judgment under Federal Rule of Civil Procedure 54(a).

Dated this 5th day of January, 2017.

_____
Susan R. Bolton
United States District Judge