# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Larson,<br><br>           Plaintiff,<br><br>v.<br><br>Desert Sun Pizza LLC, et al.,<br><br>           Defendants. | **NO. CV-16-08011-PCT-SRB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed January 5, 2017, judgment is entered dismissing with prejudice this action and the released claims of all collective action opt-in Plaintiffs. The Court has approved a $2,000.00 incentive award to Named Plaintiff Michael Larson and the disposition of the gross Settlement Fund. Defendants are directed to disburse the gross Settlement Fund as set forth in the Parties' Settlement and Release Agreement. This Final Judgment constitutes a final judgment under Federal Rule of Civil Procedure 54(a).

                                                  Brian D. Karth
                                                  District Court Executive/Clerk of Court

January 5, 2017

                                                  s/ Leann Dixon
                                            By    Deputy Clerk