# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Larson, | No. CV-16-08011-PCT-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Desert Sun Pizza LLC, et al., | |
| Defendants. | |

This matter came before the Court on Plaintiff's Application for Attorneys' Fees and Costs (Doc. 60) in the above-captioned matter (the "Action").

Having received and considered the Settlement, the supporting papers filed by Plaintiff, and evidence received by the Court in conjunction with the Application, the Court grants Plaintiff's Application for Attorneys' Fees and Costs and HEREBY ORDERS, ADJUDGES, AND MAKES THE FOLLOWING DETERMINATIONS:

1. The Named Plaintiff Michael Larson and Defendants have reached a Settlement of this Fair Labor Standards Act ("FLSA") collective action in which he alleged, among other things, that Defendants under-reimbursed their pizza delivery drivers for the vehicle expenses that they incurred in the performance of their job duties. It creates a Settlement Fund that will be paid out to the Named Plaintiff and the other 53

opt-in Plaintiffs. Plaintiff's Counsel have requested one-third of the Settlement Fund as attorneys' fees, plus $1,263.03 for their costs, pursuant to the terms and conditions in the parties' Settlement and Release Agreement.

2. The Court approves Plaintiff's request for one-third of the Settlement Fund as attorneys' fees. The percentage-of-the-fund method for determining fees is appropriate here because the benefit to the opt-in Plaintiffs is easily quantified in this common fund settlement and avoids the more time-consuming task of calculating the lodestar. The Court finds that the factors set out in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) and applied by the Ninth Circuit confirm the reasonableness of the requested fee. Specifically, the Court finds that Plaintiff's Counsel obtained substantial recovery for the opt-in Plaintiffs in this complex case that required highly specialized knowledge of vehicle reimbursement claims. The Court also finds that the circumstances of this case – including the result, the risk taken by Counsel, and the fact that they are seeking a lesser percentage than agreed to by the Named Plaintiff – warrant attorneys' fees of one-third of the Settlement Fund. The Court has conducted a lodestar crosscheck, which further confirms the reasonableness of the requested fee. The Court finds that the requested multiplier is well-within the range of multipliers applied in common fund cases in this Circuit.

/ / /

/ / /

/ / /

3. The Court also approves Plaintiff's request for $1,263.03 in costs. The costs identified in the declarations submitted by Plaintiff's Counsel are of the type that are charged to hourly-paying clients and are recoverable.

Dated this 5th day of January, 2017.

_____
Susan R. Bolton
United States District Judge